**Thomas F. Spaulding,** OSB No. 85003
tspaulding@scsllp.com
SPAULDING COX LLP
621 SW Morrison Street, Suite 140
Portland, Oregon 97205-3804
Telephone: (503) 223-6901
Facsimile: (503) 222-5779

Attorneys for Plaintiff

**Tamara E. Russell,** OSB No. 973868
trussell@barran.com
**Karen O'Connor,** OSB No. 95371
koconnor@barran.com
BARRAN LIEBMAN LLP
601 SW Second Ave., Suite 2300
Portland, Oregon 97204-3159
Telephone: (503) 228-0500
Facsimile: (503) 274-1212

Attorneys for Defendants

FILED
JAN 19 2011

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| PATRICIA A. JOHNSON, | 08-cv-1379-BR |
| Plaintiff, | |
| v. | **STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE** |
| CLACKAMAS COUNTY, a political subdivision of the State of Oregon, | |
| Defendant. | |

Based upon the stipulation of plaintiff Patricia A. Johnson and defendant Clackamas County,

Page 1 — STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE

IT IS HEREBY ORDERED AND ADJUDGED that plaintiff's claims against defendant are dismissed with prejudice and without costs or fees to any party.

DATED this 19th day of January 2011.

UNITED STATES DISTRICT COURT

_____
Honorable Anna J. Brown

Stipulated to and presented by:

| SPAULDING COX LLP | BARRAN LIEBMAN LLP |
|---|---|
| By s/*Thomas F. Spaulding*<br>Thomas F. Spaulding, OSB No. 85003<br>tspaulding@scsllp.com<br>Attorneys for Plaintiff | By:s/*Tamara E. Russell*<br>Tamara E. Russell, OSB No. 97386<br>trussell@barran.com<br>Attorneys for Defendants |
| DATED: January 14, 2011 | DATED: January 14, 2011 |

Page 2 – STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE

00192436.DOC

BARRAN LIEBMAN LLP
601 SW SECOND AVENUE, SUITE 2300
PORTLAND, OR 97204-3159
PHONE (503) 228-0500  FAX (503) 274-1212